## MEMORANDUM DECISIONS

CLEMMONS v. STATE. (No. 7682.) (Court of Criminal Appeals of Texas. April 25, 1923.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Will Clemmons was convicted of assault with intent to murder, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Harris county of assault with intent· to murder, and his punishment fixed at four years in the penitentiary. The record appears before us, unaccompanied by bills of exception or statement of facts, and, the charge of the court and the indictment being in regular form, an affirmance necessarily must follows.

GOLDBERG v. BLACKMAN. (No. 941.) (Court of Civil Appeals of Texas. Beaumont. April 19, 1923. Rehearing Denied May 2, 1923.) Appeal from Harris County Court at Law; Roy F. Campbell, Judge. ·Action by Ed. Blackman against J. M. Goldberg. From a judgment for plaintiff, defendant appeals. Affirmed. Arnold & McVey and Maurice Epstein, all of Houston, for appellant. Jones & Roberts, of Houston, for appellee.

WALKER, J. This suit was instituted by appellee in the county court at law of Harris county to recover of appellant damages for the breach of a contract involving the sale of two cars of apples. On a trial to the court without a jury, judgment was entered in favor of appellee against appellant for the full relief prayed for. No conclusions of law and fact were filed. All of appellant's propositions attack the judgment as being without support in the evidence. We have carefully examined both the pleadings and the evidence, and in our opinion the judgment has full support in respect to all matters assigned by appellant. As no useful purpose could be served by reviewing the pleadings and evidence on the issues thus raised, we affirm the judgment on the conclusions just announced. Affirmed.

HAMILTON v. McGAFF. (No. 6928.) (Court of Civil Appeals of Texas. San Antonio. April 11, 1923. Rehearing Denied May 2, 1923.) Appeal from District Court, Tarrant County; R. E. L. Roy, Judge. Suit by C. P. McGaff against Homer Hamilton. Judgment for plaintiff, and defendant appeals. Affirmed. John L. Poulter, of Fort Worth, for appellant. Stanley Boykin and C. R. Bowlin, both of Fort Worth, for appellee.

FLY, C. J. This is a suit for $545, instituted by appellee against appellant. Appellant an-swered setting up debts amounting to $243 alleged to be due him by appellee. The court after hearing the evidence rendered judgment in favor of appellee for $576.78, being the amount sued for, with interest at 6 per cent. per annum, from January 1, 1921. A sharp and active swearing contest was waged during the trial between the two parties as the chief deponents, and the trial judge, as referee, concluded that the honors should be awarded to appellee. They were as far apart as east is from west in their manipulation of the facts, and doubtless a difficult problem was presented to the learned judge, who had to weigh the testimony and deduce therefrom a decision as to which was nearest the domain of truth. Being on the ground, looking into the faces of the contending witnesses, with whom he was probably acquainted, and taking into consideration the manner of each one, as well as the substance of his testimony, the court found in favor of appellee, and a consideration of the evidence, as written into the statement of facts, leaves this court to feel constrained to agree with the trial judge, and shape its conclusions accordingly. We conclude that appellant and appellee were in partnership, and that appellant agreed to pay appellee $545 for his interest in the partnership, and that appellee owed him nothing. Appellant failed and refused to pay for the interest of appellee in the partnership as he had agreed. This disposes of the assignments of error. The judgment is affirmed.

MOORE v. BALL. (No. 953.) (Court of Civil Appeals of Texas. Beaumont. April 19, 1923.) Appeal from Harris County Court; Roy F. Campbell, Judge. Suit by J. F. Ball against J. C. Moore. Judgment for plaintiff, and defendant appeals. Affirmed. R. L. Fowler, of Houston, for appellant. W. A. Rowe, of Houston, for appellee.

O'QUINN, J. Ball sued Moore in a justice court in Harris county for commissions in the sum of $155 for securing a buyer for certain real estate. The case was tried before a jury, resulting in a verdict for Ball. Moore appealed the case to the county court at law No. 2 for Harris county, and it was there tried before a jury· upon special issues, all of which the jury found in favor of Ball. Judgment was rendered accordingly, and Moore has brought this appeal. Appellant has not filed any brief, but appellee has filed brief asking that the judgment be affirmed. No fundamental error appearing in the record, the judgment is affirmed.